<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Caruso and Miles, Ltd. |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Village Inn Pizzeria, Sports Bar & Grill<br>FDBA  The Village Inn |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-3717740 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 8050 Lincoln Ave.<br>Skokie, IL 60077<br><u>Number, Street, City, State & ZIP Code</u> | <u>P.O. Box, Number, Street, City, State & ZIP Code</u> |
| | | Cook<br><u>County</u> | **Location of principal assets, if different from principal place of business**<br><br><u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | villageinnpizzeria.com |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Caruso and Miles, Ltd.                                    Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

---

Debtor   Caruso and Miles, Ltd.
    Name

Case number (*if known*) _____

Debtor   Caruso and Miles, Ltd.                                   Case number (if known) _____
        Name

**11. Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Caruso and Miles, Ltd. _____     Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 22, 2020
              MM / DD / YYYY

**X** /s/ Diana Rumsley _____          Diana Rumsley _____
Signature of authorized representative of debtor          Printed name

Title    Secretary _____


**18. Signature of attorney**

**X** /s/ Robert R. Benjamin _____          Date   September 22, 2020
Signature of attorney for debtor                                    MM / DD / YYYY

Robert R. Benjamin
Printed name

Golan Christie Taglia LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone   (312) 263-2300          Email address   rrbenjamin@gct.law

0170429 IL
Bar number and State

**Fill in this information to identify the case:**

Debtor name ___Caruso and Miles, Ltd.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 22, 2020___      **X** /s/ Diana Rumsley
                                          Signature of individual signing on behalf of debtor

                                          Diana Rumsley
                                          Printed name

                                          Secretary
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Caruso and Miles, Ltd. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Airgas 1250 Washington St. West Chicago, IL 60185 | Tamura Singleton tamura.singleton@airgas.com | Goods and Services | Unliquidated | | | $5,857.24 |
| Alphameric Accounting 3940 Touhy Ave. Lincolnwood, IL 60712 | damien@alphamerictax.com | Goods and Services | Unliquidated | | | $4,110.00 |
| Battaglia Distributing Corp. 2500 S. Ashland Ave. Chicago, IL 60608 | davem@battagliafoods.com | Goods and Services | Unliquidated | | | $16,647.39 |
| Breakthru Beverage Illinois, LLC P.O. Box 809180 Chicago, IL 60680 | Teri Barreto (708) 298-3578 | Goods and Services | Unliquidated | | | $8,659.79 |
| Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | 888-464-3220 | Goods and Services | Unliquidated | | | $7,444.97 |
| Celtic Bank Corporation 268 S. State St., Suite 300 Salt Lake City, UT 84111 | Leslie K. Rinaldi help@celticbank.com (801) 303-1900 | Promissory Note | Unliquidated | | | $213,101.00 |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | (630) 684-2692 | Utility | Unliquidated | | | $2,600.00 |
| Edward Don & Company 9801 Adam Don Parkway Woodridge, IL 60517 | (866) 299-3038 | Goods and Services | Unliquidated | | | $15,279.37 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | Caruso and Miles, Ltd. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530 | (814) 870-3126 | Goods and Services | Unliquidated | | | $2,712.25 |
| Home Depot Credit Services PO Box 9001030 Louisville, KY 40290-1030 | 888-266-7308 | Goods and Services | Unliquidated | | | $1,741.80 |
| Illinois Casualty Company 225 20th Street Rock Island, IL 61201 | Michelle Hanson (309) 793-1707 | Insurance | Unliquidated | | | $4,752.37 |
| Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | 217-785-2635 | Sales Tax | Unliquidated | | | $12,463.00 |
| Illinois Lottery 101 West Jefferson Street Springfield, IL 62702 | (217) 524-5190 | Illinois Lottery ticket sales | Unliquidated | | | $5,258.80 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | 855-235-6787 | Form 941 Taxes | Unliquidated | | | $395,460.09 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | 855-235-6787 | Penalties and Interest | Unliquidated | | | $27,742.43 |
| Law Office of Michael M. Silbert 222 N. LaSalle St. Suite 300 Chicago, IL 60601 | michael_silbert@sbc global.net (312) 940-5909 | Legal Services | Unliquidated | | | $1,810.00 |
| Southern Glazer's of IL 2971 Collection Center Drive Chicago, IL 60693 | Terry Brick tbrick@sgws.com | Goods and Services | Unliquidated | | | $4,193.42 |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | James E. Rivera, Associate Administrator 205-290-7765 | June 6, 2020 Loan Agreement UCC filed 6/15/2020 | Unliquidated | $150,000.00 | $31,230.52 | $118,769.48 |
| Village of Skokie PO Box 309 Skokie, IL 60076 | Linda McKinney linda.mckinney@sko kie.org | Utility | Unliquidated | | | $5,000.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Debtor  Caruso and Miles, Ltd.
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wintrust Bank 9700 E. Higgins Rd., Suite 650 Rosemont, IL 60018 | bcarey@wintrust.com | Promissory Note | Unliquidated | | | $78,669.40 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Caruso and Miles, Ltd.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)      _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1:    Summary of Assets

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................    $      0.00

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................    $      31,230.52

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................    $      31,230.52

### Part 2:    Summary of Liabilities

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $      150,000.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      457,918.16

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      381,403.41

4.    **Total liabilities** .............................................................................................................
     Lines 2 + 3a + 3b    $      989,321.57

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___ Caruso and Miles, Ltd. _____

United States Bankruptcy Court for the: ___ NORTHERN DISTRICT OF ILLINOIS ___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.   **Cash on hand**                                             $1,200.00

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|-----------------------------------------------|-----------------|---------------------------------|---|
| 3.1.  Bank of America | Checking | 9243 | $446.47 |
| 3.2.  North Shore Community Bank | Checking | 6097 | $15,876.15 |
| 3.3.  North Shore Community Bank | Checking | 5996 | $0.55 |
| 3.4.  North Shore Community Bank | Checking | 0214 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                          $17,523.17
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    Caruso and Miles, Ltd.                                    Case number (If known)
          Name

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:              55.35          -              5.54        = ....              $49.81
                                  face amount                 doubtful or uncollectible accounts


11b. Over 90 days old:           2,858.47         -            2,000.93      =....             $857.54
                                  face amount                 doubtful or uncollectible accounts


12.     **Total of Part 3.**                                                    | $907.35 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Perishables | September 2020 | | Liquidation | $1,250.00 |
| Liquor/beverage | September 2020 | | Liquidation | $750.00 |

23.     **Total of Part 5.**                                                    | $2,000.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☑ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ☑ Yes. Book value        0.00   Valuation method    Liquidation     Current Value        0.00

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Caruso and Miles, Ltd. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture | | Liquidation | $700.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Kitchen equipment | | Liquidation | $4,300.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 1985 Chevy P32 stepvan | | Liquidation | $5,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Caruso and Miles, Ltd. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 47.2. | 1999 Chevy S10 truck | | Liquidation | $800.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                              $5,800.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| State of Illinois liquor license | $0.00 | | $0.00 |
| State of Illinois cigarette & tobacco products retailer license | $0.00 | | $0.00 |
| Illinois Lottery retailer license | $0.00 | | $0.00 |
| Skokie food and beverage licenses (Class A) | $0.00 | | $0.00 |
| Skokie amusement license | $0.00 | | $0.00 |
| Skokie patio dining license | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  Caruso and Miles, Ltd.                                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| Skokie liquor license | $0.00 | $0.00 |
| Skokie cigarette license | $0.00 | $0.00 |

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**                                                          $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ☑ No
  ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☑ No
  ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor   Caruso and Miles, Ltd.
_____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,523.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $907.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,230.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $31,230.52 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Caruso and Miles, Ltd._____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** U.S. Small Business Administration<br>Creditor's Name<br><br>2 North Street, Suite 320<br>Birmingham, AL 35203<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>June 6, 2020 Loan Agreement<br>UCC filed 6/15/2020 | $150,000.00 | $31,230.52 |

Creditor's email address, if known

**Describe the lien**
Economic Injury Disaster Loan
**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
6/6/2020
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| **2.2** U.S. Small Business Administration<br>Creditor's Name<br><br>Office of Disaster Assistance<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>See above | See above | See above |

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Caruso and Miles, Ltd.    Case number (if known) _____
          Name

[✓] No
[ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

| [ ] Contingent |
| [✓] Unliquidated |
| [ ] Disputed |

---

| 2.3 | U.S. Small Business Administration | Describe debtor's property that is subject to a lien | See above | See above |

Creditor's Name

Attn: James E. Rivera
409 3rd Street, S.W. Suite
6050
Washington, DC 20416

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
[✓] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✓] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
[✓] No
[ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $150,000.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Caruso and Miles, Ltd.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Abel Garcia<br>1122 Darrow<br>Evanston, IL 60202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $604.24 | $604.24 |
| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Arturo Gonzales<br>5320 N. Harding Ave.<br>Chicago, IL 60624 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $556.20 | $556.20 |
| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Cameron Rademacher<br>2453 W. Fillmore St.<br>Apt. 2<br>Chicago, IL 60612 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $189.15 | $189.15 |
| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          24966          Best Case Bankruptcy

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4** | Priority creditor's name and mailing address

Claudia Benjamin
8110 Knox Ave.
Skokie, IL 60076

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-Petition Wages

Is the claim subject to offset?
☑ No
☐ Yes

$67.98        $67.98

---

**2.5** | Priority creditor's name and mailing address

Colin Brennan
6134 N. Kilbourn Ave.
Chicago, IL 60646

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-Petition Wages

Is the claim subject to offset?
☑ No
☐ Yes

$361.53        $361.53

---

**2.6** | Priority creditor's name and mailing address

Daniel Huzran
7041 Greenleaf St.
Niles, IL 60714

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-Petition Wages

Is the claim subject to offset?
☑ No
☐ Yes

$332.28        $332.28

---

**2.7** | Priority creditor's name and mailing address

Demetrio Garfias
5754 N. Artesian Ave.
Apt. 1
Chicago, IL 60659

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Pre-Petition Wages

Is the claim subject to offset?
☑ No
☐ Yes

$1,373.40        $1,373.40

---

Debtor    Caruso and Miles, Ltd.                                        Case number (if known)
_____
Name

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,624.00 | $2,624.00 |
|---|---|---|---|---|

Desi Mulingbayan
4626 Birchwood Ave.
Skokie, IL 60076

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

Diana Rumsley
4626 Birchwood Ave.
Skokie, IL 60076

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.14 | $270.14 |
|---|---|---|---|---|

Earriana Mackey
2545 W. Fitch Ave.
Chicago, IL 60645

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $706.20 | $706.20 |
|---|---|---|---|---|

Elvir Melkic
2737 W. Glenlake Ave.
Chicago, IL 60659

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.59 | $226.59 |
|---|---|---|---|---|

Emma Lucero
3605 N. Nordica Ave.
Chicago, IL 60634

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.50 | $247.50 |
|---|---|---|---|---|

Eric Dull
5618 N. Marmora Ave.
Chicago, IL 60646

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.79 | $283.79 |
|---|---|---|---|---|

Fatima Hasan
8155 Knox Ave.
Apt. 1
Skokie, IL 60076

Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.09 | $522.09 |
|---|---|---|---|---|

Gabriela Graham
6424 N. Ridge Blvd.
Chicago, IL 60626

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☑ No
- ☐ Yes

| Debtor | Caruso and Miles, Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,463.00 | $12,463.00 |
|---|---|---|---|---|

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

*Check all that apply.*
- [ ] Contingent
- [✔] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
August 2020

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [✔] No
- [ ] Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,258.80 | $5,258.80 |
|---|---|---|---|---|

Illinois Lottery
101 West Jefferson Street
Springfield, IL 62702

*Check all that apply.*
- [ ] Contingent
- [✔] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim:
Illinois Lottery ticket sales

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [✔] No
- [ ] Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395,460.09 | $395,460.09 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

*Check all that apply.*
- [ ] Contingent
- [✔] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2013-2019

Basis for the claim:
Federal Taxes Form 941

Last 4 digits of account number 7740

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [✔] No
- [ ] Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,742.43 | $27,742.43 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

*Check all that apply.*
- [ ] Contingent
- [✔] Unliquidated
- [ ] Disputed

Date or dates debt was incurred
2013-2019

Basis for the claim:
Penalties and Interest

Last 4 digits of account number 7740

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- [✔] No
- [ ] Yes

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.06 | $144.06 |
|---|---|---|---|---|

January Kelly
9429 Bay Colony Dr.
Unit 1N
Des Plaines, IL 60016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.66 | $123.66 |
|---|---|---|---|---|

Jayvonn Wade
2453 W. Fillmore St.
Chicago, IL 60612

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.95 | $131.95 |
|---|---|---|---|---|

Jessica Rodzen
8220 Lawndale Ave.
Skokie, IL 60076

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.24 | $253.24 |
|---|---|---|---|---|

Jorge Najarro
3041 W. Ainslie St.
Apt. B
Chicago, IL 60625

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>Pre-Petition Wages |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | Caruso and Miles, Ltd. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.28 | $0.00 |
|---|---|---|---|---|

Jose Benavente
7345 Honore
Chicago, IL 60626

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.73 | $587.73 |
|---|---|---|---|---|

Juan Gomez
9505 Terrace Pl.
Des Plaines, IL 60016

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.95 | $170.95 |
|---|---|---|---|---|

Kacee Hudson
4818 N. Magnolia
Chicago, IL 60640

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.95 | $170.95 |
|---|---|---|---|---|

Kaila Johanson
5135 Lee St.
Skokie, IL 60077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor    Caruso and Miles, Ltd.                                    Case number (if known) _____
      Name

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $771.15 | $771.15 |
|---|---|---|---|---|

**2.28** Priority creditor's name and mailing address
Lidia Marcial
4933 Louise St.
Apt. 1
Skokie, IL 60077

As of the petition filing date, the claim is:      **$771.15**    **$771.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address
Lucio Hernandez
2005 N. Kedzie
Chicago, IL 60647

As of the petition filing date, the claim is:      **$315.15**    **$315.15**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address
Luis Mendez
4911 N. Monticello Ave.
Chicago, IL 60625

As of the petition filing date, the claim is:      **$697.65**    **$697.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address
Maria Ovsepyan
9242 Gross Point Rd.
#301
Skokie, IL 60077

As of the petition filing date, the claim is:      **$223.80**    **$223.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    Caruso and Miles, Ltd.                                    Case number (if known)
        Name

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.00 | $569.00 |
|------|----------------------------------------------|------------------------------------------------|---------|---------|
| | Mitchell Pollack | Check all that apply. | | |
| | 5855 N. Sheridan Rd. | ☐ Contingent | | |
| | Apt. 16G | ☐ Unliquidated | | |
| | Chicago, IL 60660 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Pre-Petition Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.16 | $548.16 |
|------|----------------------------------------------|------------------------------------------------|---------|---------|
| | Paul House | Check all that apply. | | |
| | 8700 Trumball Ave. | ☐ Contingent | | |
| | Skokie, IL 60076 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Pre-Petition Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.40 | $527.40 |
|------|----------------------------------------------|------------------------------------------------|---------|---------|
| | Ricardo Benitez Gonzalez | Check all that apply. | | |
| | 1730 N. Keating Ave. | ☐ Contingent | | |
| | Chicago, IL 60639 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Pre-Petition Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.00 | $593.00 |
|------|----------------------------------------------|------------------------------------------------|---------|---------|
| | Rigoberto Cardenas | Check all that apply. | | |
| | 10209 McNerney Dr. | ☐ Contingent | | |
| | Franklin Park, IL 60131 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: Pre-Petition Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.84 | $406.84 |
|---|---|---|---|---|

**2.36**

Priority creditor's name and mailing address
River Dorsey
1812 Monroe St.
Evanston, IL 60202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$406.84    $406.84

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address
Stewart Bresette
8247 Kostner Ave.
Skokie, IL 60076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$292.65    $292.65

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address
Takeya Jones
4819 W. Wright
Skokie, IL 60077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$900.00    $900.00

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**2.39**

Priority creditor's name and mailing address
Thaddeus Daniel
4151 Howard St.
Skokie, IL 60076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$390.13    $390.13

Date or dates debt was incurred

Basis for the claim:
Pre-Petition Wages

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
Airgas
1250 Washington St.
West Chicago, IL 60185

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$5,857.24

---

**3.2**

**Nonpriority creditor's name and mailing address**
Alphameric Accounting
3940 Touhy Ave.
Lincolnwood, IL 60712

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$4,110.00

---

**3.3**

**Nonpriority creditor's name and mailing address**
Battaglia Distributing Corp.
2500 S. Ashland Ave.
Chicago, IL 60608

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$16,647.39

---

**3.4**

**Nonpriority creditor's name and mailing address**
Breakthru Beverage Illinois, LLC
P.O. Box 809180
Chicago, IL 60680

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2035

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$8,659.79

---

**3.5**

**Nonpriority creditor's name and mailing address**
Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$7,444.97

---

**3.6**

**Nonpriority creditor's name and mailing address**
Celtic Bank Corporation
268 S. State St., Suite 300
Salt Lake City, UT 84111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note - Paycheck Protection Program loan

Is the claim subject to offset? ☑ No ☐ Yes

$213,101.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
ComEd
PO Box 6111
Carol Stream, IL 60197-6111

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ☑ No ☐ Yes

$2,600.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
Conquest Pest Solutions
8218 N. McCormick
Skokie, IL 60076

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0580

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$250.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9**

**Nonpriority creditor's name and mailing address**

Crafty Beaver
4810 Oakton Street
Skokie, IL 60077

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$1,209.62

---

**3.10**

**Nonpriority creditor's name and mailing address**

Dependable Fire Equipment Inc.
100 Le Baron St.
Waukegan, IL 60085

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$581.09

---

**3.11**

**Nonpriority creditor's name and mailing address**

Directv
PO Box 5007
Carol Stream, IL 60197-5007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$4.95

---

**3.12**

**Nonpriority creditor's name and mailing address**

Edward Don & Company
9801 Adam Don Parkway
Woodridge, IL 60517

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$15,279.37

---

**3.13**

**Nonpriority creditor's name and mailing address**

Empire Cooler Service
940 W. Chicago Ave.
Chicago, IL 60642

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$335.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$2,712.25

---

**3.15**

**Nonpriority creditor's name and mailing address**

Fulton Market
4501 W. 42nd Place
Chicago, IL 60632-3925

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$1,500.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

Gonnella
PO Box 71499
Chicago, IL 60694-1499

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9629

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$123.20

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Caruso and Miles, Ltd.**

Name

Case number *(if known)*

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,741.80 |
|---|---|---|---|

Home Depot Credit Services
PO Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,752.37 |
|---|---|---|---|

Illinois Casualty Company
225 20th Street
Rock Island, IL 61201

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7668_

**Basis for the claim:** _Insurance_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,810.00 |
|---|---|---|---|

Law Office of Michael M. Silbert
222 N. LaSalle St.
Suite 300
Chicago, IL 60601

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $496.92 |
|---|---|---|---|

Lechner and Sons
420 Kingston Ct.
Mount Prospect, IL 60056

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $800.00 |
|---|---|---|---|

Nicor Gas
P O Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Utility_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

RCN
PO Box 11816
Newark, NJ 07101-8116

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $451.38 |
|---|---|---|---|

Retail Control Solutions Inc.
460 Hillside Ave., Lower Level
Needham, MA 02494

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2548_

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $214.25 |
|---|---|---|---|

Skokie Ace Hardware
5035 Oakton St.
Skokie, IL 60077

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Caruso and Miles, Ltd. | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.25**

Nonpriority creditor's name and mailing address

Southern Glazer's of IL
2971 Collection Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8649

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$4,193.42

---

**3.26**

Nonpriority creditor's name and mailing address

Square Capital Program
c/o Jacqueline D Reses, Manager
1455 Market Street, Suite 600
San Francisco, CA 94103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: See Celtic Bank Corporation

Is the claim subject to offset? ☑ No ☐ Yes

See Celtic Bank

---

**3.27**

Nonpriority creditor's name and mailing address

Square Capital Program
c/o National Registered Agents, Inc
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: See Celtic Bank Corporation

Is the claim subject to offset? ☑ No ☐ Yes

See Celtic Bank

---

**3.28**

Nonpriority creditor's name and mailing address

United Alarms, Inc.
1854 Johns Dr.
Glenview, IL 60025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Goods and Services

Is the claim subject to offset? ☑ No ☐ Yes

$1,358.00

---

**3.29**

Nonpriority creditor's name and mailing address

Village of Skokie
PO Box 309
Skokie, IL 60076

**Date(s) debt was incurred** _

**Last 4 digits of account number** 7686

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Utility

Is the claim subject to offset? ☑ No ☐ Yes

$5,000.00

---

**3.30**

Nonpriority creditor's name and mailing address

Wintrust Bank
9700 E. Higgins Rd., Suite 650
Rosemont, IL 60018

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0802

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Promissory note

Is the claim subject to offset? ☑ No ☐ Yes

$78,669.40

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. $ | 457,918.16 |
| **5b. Total claims from Part 2** | 5b. + $ | 381,403.41 |

Debtor    Caruso and Miles, Ltd.
Name

Case number (if known)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                      839,321.57

**Fill in this information to identify the case:**

Debtor name ___Caruso and Miles, Ltd.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Lease of 8046-50 Lincoln Avenue and 5109 W. Brown Avenue, Skokie, IL from 9/15/19 to 8/15/24 at $4,800 per month through August 15, 2021 and $5,000 per month thereafter. | |
| State the term remaining | 47 months | 8046-50 N. Lincoln Skokie, LLC c/o Pearl Lee 7751 Niles Center Road Skokie, IL 60077 |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _____Caruso and Miles, Ltd._____

United States Bankruptcy Court for the: ____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Randall T. Miles | 311 12th Avenue<br>Indian Rocks Beach, FL 33785 | Wintrust Bank | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name    Caruso and Miles, Ltd.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2020 to Filing Date | ■ Operating a business<br>☐ Other _____ | $1,223,774.00 |
   | For prior year:<br>From 1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $2,601,581.00 |
   | For year before that:<br>From 1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $2,834,185.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor   Caruso and Miles, Ltd.                                 Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Battaglia Distributing Corp.<br>2500 S. Ashland Ave.<br>Chicago, IL 60608 | June-September 2020 | $24,074.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Edward Don & Company<br>9801 Adam Don Parkway<br>Woodridge, IL 60517 | June-September 2020 | $17,928.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Gordon Food Service, Inc.<br>PO Box 2244<br>Grand Rapids, MI 49501 | June-September 2020 | $42,981.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Illinois Department of Revenue<br>PO Box 64338<br>Chicago, IL 60664 | June-September 2020 | $22,440.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Taxes  |
| 3.5. Village of Skokie<br>PO Box 309<br>Skokie, IL 60076 | June-September 2020 | $19,107.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. 8046-50 N. Lincoln Skokie, LLC<br>c/o Pearl Lee<br>7751 Niles Center Road<br>Skokie, IL 60077 | July-August 2020 | $9,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Rent  |
| 3.7. Sysco Chicago, Inc.<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3192 | June-September 2020 | $7,248.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. Vantiv, Inc.<br>8500 Governor's Hill Drive<br>Cincinnati, OH 45249 | June-September 2020 | $8,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | Caruso and Miles, Ltd. | Case number *(if known)* |
|--------|------------------------|--------------------------|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Randall T. Miles 311 12th Avenue Indian Rocks Beach, FL 33785 President | September 2019-August 2020 | $106,989.00 | Loan repayment |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    Caruso and Miles, Ltd.                                    Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | St. Peter's United Church of Christ<br>8013 Laramie Avenue<br>Skokie, IL 60077 | Cash | September 2018-September 2020 | $1,400.00 |
| | **Recipients relationship to debtor** | | | |
| 9.2. | Saint Lambert Roman Catholic Church<br>8148 N. Karlov Ave.<br>Skokie, IL 60076 | Cash | August 2019 | $1,360.00 |
| | **Recipients relationship to debtor** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Golan Christie Taglia LLP<br>70 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Attorney Fees | June 2020 | $15,000.00 |
| | **Email or website address**<br>rrbenjamin@gct.law | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor    Caruso and Miles, Ltd.                                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    Caruso and Miles, Ltd. _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | North Shore Community Bank 7800 Lincoln Ave. Skokie, IL 60077 | XXXX-6127 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Dapp Industries 8040 Lincoln Ave. Skokie, IL 60077 | Diana Rumsley 4626 Birchwood Ave. Skokie, IL 60076<br><br>Desi Mulingbayan 4626 Birchwood Ave. Skokie, IL 60076 | Restaurant equipment | ☐ No ■ Yes |
| Lola Delic 8030 Floral Ave. Skokie, IL 60077 | Diana Rumsley 4626 Birchwood Ave. Skokie, IL 60076<br><br>Desi Mulingbayan 4626 Birchwood Ave. Skokie, IL 60076 | Restuarant tables & chairs | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Caruso and Miles, Ltd. _____    Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.    **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Alphameric Accounting<br>3940 Touhy Ave.<br>Lincolnwood, IL 60712 | 2018-Present |
| 26a.2.    It's Not Sheet Rock, LLC<br>574 Prairie Center Drive<br>Ste. 135-117<br>Eden Prairie, MN 55344 | July 2020-Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Caruso and Miles, Ltd.    Case number *(if known)*

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randall T. Miles | 311 12th Avenue Indian Rocks Beach, FL 33785 | President | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Diana Rumsley | 4626 Birchwood Ave. Skokie, IL 60076 | Secretary | 99 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Diana Rumsley 4626 Birchwood Ave. Skokie, IL 60076 | $10,900.00 | September 2019-September 2020 | Wages |

| | Relationship to debtor |
|---|---|
| | Secretary |

Debtor   Caruso and Miles, Ltd.                                          Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Randall T. Miles<br>311 12th Avenue<br>Indian Rocks Beach, FL 33785 | $134,500.00; see also Statement of Financial Affairs #4 | September 2019-June 2020 | Wages |
| | **Relationship to debtor**<br>President | | | |
| 30.3. | Desi Mulingbayan<br>4626 Birchwood Ave.<br>Skokie, IL 60076 | $37,450.00 | September 2019-September 2020 | Wages |
| | **Relationship to debtor**<br>Manager | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 22, 2020

/s/ Diana Rumsley                                    Diana Rumsley
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   Secretary

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re    Caruso and Miles, Ltd.                                              Case No.
_____
                                    Debtor(s)                 Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Diana Rumsley<br>4626 Birchwood Ave.<br>Skokie, IL 60076 | Common | 99% | |
| Randall T. Miles<br>311 12th Ave.<br>Indian Rocks Beach, FL 33785 | Common | 1% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September 22, 2020                              Signature    /s/ Diana Rumsley
_____            _____
                                                                Diana Rumsley

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Caruso and Miles, Ltd.                             Case No.

                                          Debtor(s)         Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    74

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 22, 2020                  /s/ Diana Rumsley

                                           Diana Rumsley/Secretary
                                           Signer/Title

8046-50 N. Lincoln Skokie, LLC
c/o Pearl Lee
7751 Niles Center Road
Skokie, IL 60077


Abel Garcia
1122 Darrow
Evanston, IL 60202


Airgas
1250 Washington St.
West Chicago, IL 60185


Alphameric Accounting
3940 Touhy Ave.
Lincolnwood, IL 60712


Arturo Gonzales
5320 N. Harding Ave.
Chicago, IL 60624


Battaglia Distributing Corp.
2500 S. Ashland Ave.
Chicago, IL 60608


Breakthru Beverage Illinois, LLC
P.O. Box 809180
Chicago, IL 60680


Cameron Rademacher
2453 W. Fillmore St.
Apt. 2
Chicago, IL 60612


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Celtic Bank Corporation
268 S. State St., Suite 300
Salt Lake City, UT 84111


Claudia Benjamin
8110 Knox Ave.
Skokie, IL 60076

Colin Brennan
6134 N. Kilbourn Ave.
Chicago, IL 60646

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Conquest Pest Solutions
8218 N. McCormick
Skokie, IL 60076

Crafty Beaver
4810 Oakton Street
Skokie, IL 60077

Daniel Huzran
7041 Greenleaf St.
Niles, IL 60714

Demetrio Garfias
5754 N. Artesian Ave.
Apt. 1
Chicago, IL 60659

Dependable Fire Equipment Inc.
100 Le Baron St.
Waukegan, IL 60085

Desi Mulingbayan
4626 Birchwood Ave.
Skokie, IL 60076

Diana Rumsley
4626 Birchwood Ave.
Skokie, IL 60076

Directv
PO Box 5007
Carol Stream, IL 60197-5007

Earriana Mackey
2545 W. Fitch Ave.
Chicago, IL 60645

Edward Don & Company
9801 Adam Don Parkway
Woodridge, IL 60517


Elvir Melkic
2737 W. Glenlake Ave.
Chicago, IL 60659


Emma Lucero
3605 N. Nordica Ave.
Chicago, IL 60634


Empire Cooler Service
940 W. Chicago Ave.
Chicago, IL 60642


Eric Dull
5618 N. Marmora Ave.
Chicago, IL 60646


Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530


Fatima Hasan
8155 Knox Ave.
Apt. 1
Skokie, IL 60076


Fulton Market
4501 W. 42nd Place
Chicago, IL 60632-3925


Gabriela Graham
6424 N. Ridge Blvd.
Chicago, IL 60626


Gonnella
PO Box 71499
Chicago, IL 60694-1499


Home Depot Credit Services
PO Box 9001030
Louisville, KY 40290-1030

Illinois Casualty Company
225 20th Street
Rock Island, IL 61201

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Illinois Lottery
101 West Jefferson Street
Springfield, IL 62702

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

January Kelly
9429 Bay Colony Dr.
Unit 1N
Des Plaines, IL 60016

Jayvonn Wade
2453 W. Fillmore St.
Chicago, IL 60612

Jessica Rodzen
8220 Lawndale Ave.
Skokie, IL 60076

Jorge Najarro
3041 W. Ainslie St.
Apt. B
Chicago, IL 60625

Jose Benavente
7345 Honore
Chicago, IL 60626

Juan Gomez
9505 Terrace Pl.
Des Plaines, IL 60016


Kacee Hudson
4818 N. Magnolia
Chicago, IL 60640


Kaila Johanson
5135 Lee St.
Skokie, IL 60077


Law Office of Michael M. Silbert
222 N. LaSalle St.
Suite 300
Chicago, IL 60601


Lechner and Sons
420 Kingston Ct.
Mount Prospect, IL 60056


Lidia Marcial
4933 Louise St.
Apt. 1
Skokie, IL 60077


Lucio Hernandez
2005 N. Kedzie
Chicago, IL 60647


Luis Mendez
4911 N. Monticello Ave.
Chicago, IL 60625


Maria Ovsepyan
9242 Gross Point Rd.
#301
Skokie, IL 60077


Mitchell Pollack
5855 N. Sheridan Rd.
Apt. 16G
Chicago, IL 60660

Nicor Gas
P O Box 5407
Carol Stream, IL 60197-5407


Paul House
8700 Trumball Ave.
Skokie, IL 60076


Randall T. Miles
311 12th Avenue
Indian Rocks Beach, FL 33785


RCN
PO Box 11816
Newark, NJ 07101-8116


Retail Control Solutions Inc.
460 Hillside Ave., Lower Level
Needham, MA 02494


Ricardo Benitez Gonzalez
1730 N. Keating Ave.
Chicago, IL 60639


Rigoberto Cardenas
10209 McNerney Dr.
Franklin Park, IL 60131


River Dorsey
1812 Monroe St.
Evanston, IL 60202


Skokie Ace Hardware
5035 Oakton St.
Skokie, IL 60077


Southern Glazer's of IL
2971 Collection Center Drive
Chicago, IL 60693


Square Capital Program
c/o Jacqueline D Reses, Manager
1455 Market Street, Suite 600
San Francisco, CA 94103

Square Capital Program
c/o National Registered Agents, Inc
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Stewart Bresette
8247 Kostner Ave.
Skokie, IL 60076

Takeya Jones
4819 W. Wright
Skokie, IL 60077

Thaddeus Daniel
4151 Howard St.
Skokie, IL 60076

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155

U.S. Small Business Administration
Attn: James E. Rivera
409 3rd Street, S.W. Suite 6050
Washington, DC 20416

United Alarms, Inc.
1854 Johns Dr.
Glenview, IL 60025

Village of Skokie
PO Box 309
Skokie, IL 60076

Wintrust Bank
9700 E. Higgins Rd., Suite 650
Rosemont, IL 60018

# United States Bankruptcy Court
## Northern District of Illinois

In re   Caruso and Miles, Ltd.            Case No. _____

                  Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Caruso and Miles, Ltd.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 22, 2020                  /s/ Robert R. Benjamin

Date                              Robert R. Benjamin

Signature of Attorney or Litigant

Counsel for    Caruso and Miles, Ltd.

Golan Christie Taglia LLP

70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
rrbenjamin@gct.law

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ ,

| | | |
|---|---|---|
| **A** S election effective date<br>8/10/1990 | **TYPE**<br>**OR**<br>**PRINT** | CARUSO AND MILES, LTD.<br>THE VILLAGE INN<br>8050 LINCOLN AVE<br>SKOKIE, IL 60077-3610 |
| **B** Business activity code number (see instructions)<br>722511 | | |
| **C** Check if Schedule M-3 attached ☐ | | |

**D** Employer identification number
███████7740

**E** Date incorporated
7/10/1990

**F** Total assets (see instructions)
$ 340,513.

**G** Is the corporation electing to be an S corporation beginning with this tax year?   ☐ Yes   ☒ No   If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change
**(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes   **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . | **1a** | 2,601,581. | | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . | **1b** | | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . | | | **1c** | 2,601,581. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . | | | **2** | 912,926. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | | | **3** | 1,688,655. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . | | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . | | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . ► | | | **6** | 1,688,655. |
| **D E D U C T I O N S (SEE INSTRS)** | **7** Compensation of officers (see instructions - attach 1125-E) . . . . . . . . . . | | | **7** | 33,800. |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . | | | **8** | 781,027. |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **9** | 21,446. |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **11** | 67,020. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **12** | 331,911. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | **13** | 36,859. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | | | **14** | 8,848. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . | | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **16** | 53,358. |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . | | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . | | | **18** | |
| | **19** Other deductions (attach statement) . . . . . . . . . . . . . See Statement 1 | | | **19** | 325,428. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . ► | | | **20** | 1,659,697. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . | | | **21** | 28,958. |
| **T A X A N D P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . | **22a** | | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . | **22b** | | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . | | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 . . . . . | **23a** | | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . | **23b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . | **23c** | | | |
| | **d** Reserved for future use . . . . . . . . . . . . . . . . | **23d** | | | |
| | **e** Add lines 23a through 23d . . . . . . . . . . . . . . . . . . | | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . ► ☐ | | | **24** | |
| | **25** **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . | | | **25** | 0. |
| | **26** **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . | | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax** ►    **Refunded** ► | | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer    Date

► President
Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes   ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name<br>DAMIEN C. KARDARAS, E.A. | Preparer's signature<br>DAMIEN C. KARDARAS, E.A. | Date | Check ☒ if self-employed | PTIN<br>P00669588 |
|---|---|---|---|---|---|
| | Firm's name ► ALPHAMERIC ACCOUNTING | | | Firm's EIN ► ████9379 | |
| | Firm's address ► 3940 W TOUHY AVE<br>LINCOLNWOOD, IL 60712-1028 | | | Phone no. 8476738800 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**        SPSA0112   12/30/19        Form **1120-S** (2019)

Form 1120-S (2019)   CARUSO AND MILES, LTD.                                    7740          Page **2**

| **Schedule B** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

**a** Business activity ▶ RESTAURANT _ _ _ _ _ _ _ _ _ _ _   **b** Product or service . . . ▶ PREPARED FOOD _ _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . .    |   | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below.    |   | X

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . .    |   | X

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . .    |   | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . .    |   | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction?    |   | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    |   | X

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . .    |   | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    |   | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

Form 1120-S (2019)  CARUSO AND MILES, LTD.                                        7740                    Page **3**

| **Schedule B** | **Other Information**    (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt. | | | X |
| | If "Yes," enter the amount of principal reduction. ▶ $ _ _ _ _ _ _ _ _ _ _ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions. | | | X |
| **14a** | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?. | | | X |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099? | | | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ _ _ _ _ _ _ _ _ _ _ | | | |

| **Schedule K** | **Shareholders' Pro Rata Share Items** | | Total amount | |
|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21). | **1** | 28,958. | |
| | **2** Net rental real estate income (loss) (attach Form 8825). | **2** | | |
| | **3a** Other gross rental income (loss). | **3a** | | |
| | **b** Expenses from other rental activities (attach statement). | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a. | **3c** | | |
| | **4** Interest income. | **4** | | |
| | **5** Dividends:  **a** Ordinary dividends. | **5a** | | |
| | **b** Qualified dividends. | **5b** | | |
| | **6** Royalties. | **6** | | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)). | **7** | | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)). | **8a** | | |
| | **b** Collectibles (28%) gain (loss). | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement). | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797). | **9** | | |
| | **10** Other income (loss) (see instructions). Type ▶ | **10** | | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562). | **11** | | |
| | **12a** Charitable contributions. | **12a** | | |
| | **b** Investment interest expense. | **12b** | | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ▶ | **12c (2)** | | |
| | **d** Other deductions (see instructions). Type ▶ | **12d** | | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)). | **13a** | | |
| | **b** Low-income housing credit (other). | **13b** | | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable). | **13c** | | |
| | **d** Other rental real estate credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ | **13d** | | |
| | **e** Other rental credits (see instrs)  Type ▶ _ _ _ _ _ _ _ _ _ _ _ _ | **13e** | | |
| | **f** Biofuel producer credit (attach Form 6478). | **13f** | | |
| | **g** Other credits (see instructions). Type▶    See Statement 2 | **13g** | 15,903. | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession ▶ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | **b** Gross income from all sources. | **14b** | | |
| | **c** Gross income sourced at shareholder level. | **14c** | | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Reserved for future use. | **14d** | | |
| | **e** Foreign branch category. | **14e** | | |
| | **f** Passive category. | **14f** | | |
| | **g** General category. | **14g** | | |
| | **h** Other (attach statement). | **14h** | | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **i** Interest expense. | **14i** | | |
| | **j** Other. | **14j** | | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **k** Reserved for future use. | **14k** | | |
| | **l** Foreign branch category. | **14l** | | |
| | **m** Passive category. | **14m** | | |
| | **n** General category. | **14n** | | |
| | **o** Other (attach statement). | **14o** | | |
| | Other information | | | |
| | **p** Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued. | **14p** | | |
| | **q** Reduction in taxes available for credit (attach statement) | **14q** | | |
| | **r** Other foreign tax information (attach statement) | | | |

**BAA**                    SPSA0134  10/03/19                    Form **1120-S** (2019)

Form 1120-S (2019)   CARUSO AND MILES, LTD.                                   7740      Page **4**

| **Schedule K** | **Shareholders' Pro Rata Share Items** *(continued)* | | **Total amount** |
|---|---|---|---|
| Alternative Minimum Tax (AMT) Items | **15a** Post-1986 depreciation adjustment | 15a | −55. |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties — gross income | 15d | |
| | **e** Oil, gas, and geothermal properties — deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | 23,582. |
| | **d** Distributions (attach stmt if required) (see instrs) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| Other Information | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| Reconciliation | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 28,958. |

| **Schedule L** | **Balance Sheets per Books** | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|---|
| | **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | | 7,356. | | 268,121. |
| **2a** | Trade notes and accounts receivable | | | | | |
| **b** | Less allowance for bad debts | | | | | |
| **3** | Inventories | | | 42,470. | | 42,950. |
| **4** | U.S. government obligations | | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | | |
| **6** | Other current assets (attach stmt) | | | | | |
| **7** | Loans to shareholders | | | | | |
| **8** | Mortgage and real estate loans | | | | | |
| **9** | Other investments (attach statement) | | | | | |
| **10a** | Buildings and other depreciable assets | | 311,238. | | 311,238. | |
| **b** | Less accumulated depreciation | | 287,948. | 23,290. | 296,796. | 14,442. |
| **11a** | Depletable assets | | | | | |
| **b** | Less accumulated depletion | | | | | |
| **12** | Land (net of any amortization) | | | | | |
| **13a** | Intangible assets (amortizable only) | | 15,000. | | 15,000. | |
| **b** | Less accumulated amortization | | | 15,000. | | 15,000. |
| **14** | Other assets (attach stmt) See St 3 | | | 2. | | |
| **15** | Total assets | | | 88,118. | | 340,513. |
| | **Liabilities and Shareholders' Equity** | | | | | |
| **16** | Accounts payable | | | 141,681. | | 105,823. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | | |
| **18** | Other current liabilities (attach stmt) See St 4 | | | 26,158. | | 35,380. |
| **19** | Loans from shareholders | | | 312,216. | | 585,871. |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | | |
| **21** | Other liabilities (attach statement) | | | | | |
| **22** | Capital stock | | | 1,000. | | 1,000. |
| **23** | Additional paid-in capital | | | 365,000. | | 365,000. |
| **24** | Retained earnings | | | −532,937. | | −527,561. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | | |
| **26** | Less cost of treasury stock | | | 225,000. | | 225,000. |
| **27** | Total liabilities and shareholders' equity | | | 88,118. | | 340,513. |

SPSA0134  10/03/19                                                        Form **1120-S** (2019)

Form 1120-S (2019)  CARUSO AND MILES, LTD.                                    7740                    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books............... | 5,376. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation......... $ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation ... $ _ _ _ _ _ _ _ _ _ _ | |
| **b** | Travel and entertainment. $ _ _ _ _ _ 7,679. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | See Statement 5 _ _ _ _ 15,903. | 23,582. | **7** | Add lines 5 and 6...................... | 0. |
| **4** | Add lines 1 through 3.................... | 28,958. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4..... | 28,958. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year........................ | -532,937. | | | |
| **2** | Ordinary income from page 1, line 21.................... | 28,958. | | | |
| **3** | Other additions......................................... | | | | |
| **4** | Loss from page 1, line 21.............................. | | | | |
| **5** | Other reductions............ See Statement 6...... | ( 23,582.) | | | |
| **6** | Combine lines 1 through 5.............................. | -527,561. | | | |
| **7** | Distributions........................................... | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 ... | -527,561. | | | |

SPSA0134   10/03/19                                                          Form **1120-S** (2019)

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CARUSO AND MILES, LTD.<br>THE VILLAGE INN | ▉7740 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | **1** 42,470. |
| 2 | Purchases | **2** 913,406. |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs (attach schedule) | **5** |
| 6 | **Total.** Add lines 1 through 5 | **6** 955,876. |
| 7 | Inventory at end of year | **7** 42,950. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** 912,926. |

**9 a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev. 11-2018)

CPCZ0401L  09/26/18

671119

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning  /   /   ending   /   /

☐ Final K-1    ☐ Amended K-1          OMB No. 1545-0123

**Part III**  **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 26,062. | **13** Credits | N | 14,313. |

**Part I**  **Information About the Corporation**

**A** Corporation's employer identification number

▮▮▮7740

**B** Corporation's name, address, city, state, and ZIP code

CARUSO AND MILES, LTD.
THE VILLAGE INN
8050 LINCOLN AVE
SKOKIE, IL 60077-3610

**C** IRS Center where corporation filed return

Kansas City, MO

**Part II**  **Information About the Shareholder**

**D** Shareholder's identifying number

▮▮▮6402

**E** Shareholder's name, address, city, state, and ZIP code

RANDALL T. MILES
4831 KIRK ST.
SKOKIE, IL 60077-3026

**F** Shareholder's percentage of stock ownership for tax year...................... 90 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Box | Description | Value |
|---|---|---|
| **2** | Net rental real estate income (loss) | |
| **3** | Other net rental income (loss) | |
| **4** | Interest income | |
| **5a** | Ordinary dividends | |
| **5b** | Qualified dividends | |
| **6** | Royalties | |
| **7** | Net short-term capital gain (loss) | |
| **8a** | Net long-term capital gain (loss) | |
| **8b** | Collectibles (28%) gain (loss) | |
| **8c** | Unrecaptured section 1250 gain | |
| **9** | Net section 1231 gain (loss) | |
| **10** | Other income (loss) | |

**14** Foreign transactions

**15** Alternative minimum tax (AMT) items
A  −50.

| Box | Description | Value |
|---|---|---|
| **11** | Section 179 deduction | |
| **12** | Other deductions | |

**16** Items affecting shareholder basis
C  21,224.

**17** Other information
V*  STMT

**18** ☐ More than one activity for at-risk purposes*
**19** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**  www.irs.gov/Form1120S  **Schedule K-1 (Form 1120-S) 2019**

Shareholder 1

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| Pass-through entity's name:  CARUSO AND MILES, LTD. | | Pass-through entity's EIN: | 7740 |
| Shareholder's name: RANDALL T. MILES | | Shareholder's identifying number: | 6402 |

| | | CARUSO AND MILES, LTD. | | |
|---|---|---|---|---|
| | | ☐ PTP | ☐ PTP | ☐ PTP |
| | | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | 26,062. | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . | | | |
| | Section 1231 gain (loss). . . . . . . | | | |
| | Other income (loss). . . . . . . . . . | | | |
| | Section 179 deduction. . . . . . . . | | | |
| | Charitable contributions . . . . . . . | | | |
| | Other deductions. . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . | | 733,344. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | 165,557. | | |
| **Section 199A dividends** | | | | |

| | | | | |
|---|---|---|---|---|
| | | ☐ PTP | ☐ PTP | ☐ PTP |
| | | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| | | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **Shareholder's share of:** | | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) | | | |
| | Rental income (loss) . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . | | | |
| | Section 1231 gain (loss). . . . . . . | | | |
| | Other income (loss). . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . | | | |
| | Charitable contributions . . . . . . . | | | |
| | Other deductions. . . . . . . . . . . . | | | |
| **W-2 wages**. . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . | | | | |

Shareholder 1
**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**     SPSA1515  01/21/20     **Statement A (Form 1120-S) (2019)**

671119

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**
For calendar year 2019, or tax year

beginning ___/___/___   ending ___/___/___

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
████7740

**B** Corporation's name, address, city, state, and ZIP code
CARUSO AND MILES, LTD.
THE VILLAGE INN
8050 LINCOLN AVE
SKOKIE, IL 60077-3610

**C** IRS Center where corporation filed return
Kansas City, MO

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
████7675

**E** Shareholder's name, address, city, state, and ZIP code
DIANA RUMSLEY
5232 RUMMEL ST
SKOKIE, IL 60077

**F** Shareholder's percentage of stock
ownership for tax year...................... 10 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| # | Item | | # | Item |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 2,896. | | 13 | Credits N 1,590. |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items A -5. |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis C 2,358. |
| 12 | Other deductions | | | |
| | | | 17 | Other information V* STMT |

18 ☐ More than one activity for at-risk purposes*
19 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**   www.irs.gov/Form1120S   **Schedule K-1 (Form 1120-S) 2019**

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| Pass-through entity's name: CARUSO AND MILES, LTD. | | Pass-through entity's EIN: | 7740 |
|---|---|---|---|
| Shareholder's name: DIANA RUMSLEY | | Shareholder's identifying number: | 7675 |

|  | CARUSO AND MILES, LTD. ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 2,896. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Charitable contributions . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . | 81,483. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | 18,395. | | |
| **Section 199A dividends** | | | |

|  | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB | ☐ PTP ☐ Aggregated ☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . | | | |
| Charitable contributions . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . | | | |

Shareholder 2

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**     SPSA1515  01/21/20     **Statement A (Form 1120-S) (2019)**

Form **1125-E**
(Rev October 2016)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name  CARUSO AND MILES, LTD.
THE VILLAGE INN

Employer identification number

████ 7740

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | RANDALL T. MILES | ████ 6402 | 100 % | 90.00 % | % | 13,000. |
| | DIANA RUMSLEY | ████ 7675 | 100 % | 10.00 % | % | 20,800. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33,800. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33,800. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev 10-2016)

Form **8846**

Department of the Treasury
Internal Revenue Service

## Credit for Employer Social Security and Medicare Taxes
## Paid on Certain Employee Tips

► **Attach to your tax return.**
► **Go to www.irs.gov/Form8846 for the latest information.**

OMB No. 1545-0123

**2019**

Attachment
Sequence No. **98**

Name(s) shown on return

CARUSO AND MILES, LTD.

Identifying number

████ 7740

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | |
|---|---|---|
| **1** Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions)............................................. | **1** | 208,062. |
| **2** Tips not subject to the credit provisions (see instructions)............................................. | **2** | 183. |
| **3** Creditable tips. Subtract line 2 from line 1............................................................. | **3** | 207,879. |
| **4** Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $132,900, see instructions and check here................................. ► ☐ | **4** | 15,903. |
| **5** Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations ............................................................................. | **5** | |
| **6** Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f............................................. | **6** | 15,903. |

**BAA  For Paperwork Reduction Act Notice, see instructions.**          FDIZ3101L  11/6/19          Form **8846** (2019)

| 2019 | Federal Statements | Page 1 |
|---|---|---|

**CARUSO AND MILES, LTD.** ▮7740

**Statement 1**
**Form 1120S, Line 19**
**Other Deductions**

| | |
|---|---:|
| ACCOUNTING | $ 13,200. |
| AUTO AND TRUCK EXPENSE | 11,444. |
| BANK CHARGES | 16,482. |
| BOOKS AND PUBLICATIONS | 30. |
| CLEANING | 400. |
| CREDIT CARD FEES | 35,738. |
| CUTLERY | 3,001. |
| DISPOSAL | 7,354. |
| DUES & SUBSCRIPTIONS | 21,587. |
| EDUCATION | 451. |
| EQUIPMENT LEASE | 2,888. |
| EXTERMINATOR | 1,350. |
| FESTIVALS | 13,053. |
| INSURANCE | 41,701. |
| LEGAL | 2,000. |
| LICENSES & FEES | 1,921. |
| LINEN | 427. |
| Meals | 7,680. |
| OFFICE EXPENSES | 22,970. |
| OUTSIDE SERVICES | 29,252. |
| PLANTS | 276. |
| PRINTING | 5,086. |
| SECURITY | 808. |
| STORAGE RENTAL | 600. |
| SUPPLIES | 8,561. |
| TELEPHONE | 12,966. |
| UNIFORMS | 6,103. |
| UTILITIES | 58,099. |
| Total | $ 325,428. |

**Statement 2**
**Form 1120S, Schedule K, Line 13g**
**Other Credits**

| | |
|---|---:|
| Credit for Employer SS Tax on Certain Employee Tips | $ 15,903. |
| Total | $ 15,903. |

**Statement 3**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---:|---:|
| Rounding | $ 2. | $ 0. |
| Total | $ 2. | $ 0. |

**2019**        **Federal Statements**        **Page 2**

**CARUSO AND MILES, LTD.**      ▬7740

**Statement 4**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

|  | Beginning | Ending |
|---|---|---|
| CAPITAL ONE | $ 0. | $ 8,164. |
| CITY SALES TAX PAYABLE | 4,216. | 3,980. |
| FED UNEMPLOYMRNT TAX | 261. | 278. |
| HOME DEPOT | 0. | 2,203. |
| SALES TAX PAYABLE | 21,227. | 20,041. |
| STATE UNEMPLOYMENT TAX | 454. | 714. |
| Total | $ 26,158. | $ 35,380. |

**Statement 5**
**Form 1120S, Schedule M-1, Line 3**
**Expenses On Books Not On Schedule K**

| | |
|---|---|
| Payroll Taxes for Employer SS Tax on Tips Credit | $ 15,903. |
| Total | $ 15,903. |

**Statement 6**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | |
|---|---|
| Disallowed Meals and Entertainment | $ 7,679. |
| Payroll Taxes for Employer SS Tax on Tips Credit | 15,903. |
| Total | $ 23,582. |