

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 20-17405 |
|---|---|---|
| CARUSO AND MILES, LTD. | ) | |
|  | ) | Chapter: 11 |
|  | ) | Honorable Jack B. Schmetterer |
| Debtor(s) | ) | |

### ORDER CONFIRMING FIRST AMENDED CHAPTER 11 SUBCHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 12, 2021

THIS CAUSE COMING ON TO BE HEARD on the hearing on confirmation of Debtor, CARUSO AND MILES, LTD. ("Debtor") First Amended Chapter 11 Subchapter V Plan of Reorganization Dated February 12, 2021 (the "Plan"), due notice having been given, the Court being duly advised in the premises:

IT APPEARING TO THE COURT that Debtor requests the following non-material changes to the Plan:

A. The treatment of the Illinois Department of Revenue holding an unclassified claim is amended to provide for 3% interest on the distributions to the Illinois Department of Revenue.

B. That the treatment of Class 6 as set forth in Section 4 of the Plan be amended as set forth in Exhibit 1 to this Order.

C. Exhibit 2 to the Plan is amended to provide for capital contributions of $30,000.00 in Year 1 of the Plan and $30,000.00 in Year 2 of the Plan.

THE COURT FINDS:

1. The Plan meets the requirements of 11 U.S.C. §1129(a) and §1191; and

2. No election pursuant to 11 U.S.C. §1111(b) election had been made to the date of confirmation and therefore the time has passed for a secured creditor to make such election.

IT IS HEREBY ORDERED that:

A. Debtor's Plan is confirmed as amended.

B. Post Confirmation Status is set for _June 1st, 2021_ at _10_ a.m.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: **3 0 MAR 2021**

**Prepared by:**

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #6189418)
Brianna L. Golan (ARDC #6299871)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 W. Madison Street, Suite 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939
E: rrbenjamin@gct.law