UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-17405 |
| CARUSO AND MILES, LTD. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION OF COUNSEL FOR THE DEBTOR**

THIS CAUSE COMING TO BE HEARD on Motion of Debtor, CARUSO AND MILES, LTD., and its counsel, Robert R. Benjamin, Beverly A. Berneman, and Brianna L. Golan, of GOLAN CHRISTIE TAGLIA LLP (collectively referred to as "GCT"), for the entry of a second interim fee award, and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A. GCT is awarded compensation in the amount of $31,100.50 for fees incurred from November 18, 2020 through February 23, 2021, plus the fees incurred in preparing this fee petition in the amount of $1,110.00, plus cost reimbursement of $254.80 for a total of $32,465.30.

B. The sums awarded herein are hereby deemed necessary and reasonable.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: April 20, 2021

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 W. Madison Street, Suite 1500
Chicago, IL 60602
P: 312-263-2300
F: 312-263-0939
E: rrbenjamin@gct.law